UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROSS ISLAND SAND & GRAVEL CO., <br><br> Defendant, <br><br> v. <br><br> WASHINGTON TRUST BANK, <br><br> Garnishee-Defendant. | NO. MC21-0033RSL <br><br> ORDER |

THIS MATTER coming on for consideration upon the application of Judgment Creditor for judgment on the answer of Garnishee-Defendant. Although it appears that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Ross Island Sand & Gravel Co., in the sum of $483.87 and that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in an amount in excess of $483.87, there is no evidence that service upon the Judgment Debtor either by personal service or by Certified mail has been accomplished. The Court therefore declines to enter judgment in this matter. If evidence of service and an amended motion

ORDER - 1

for entry of judgment is not filed within fourteen days of the date of this Order, the writ of garnishment will be vacated and the above-captioned matter closed.

Dated this 26th day of July, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 2